IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| V. | *    CASE NO. 4:18-CR-00407-SWW-01 |
| | * |
| | * |
| RUSSELL CLINT BASINGER | * |
| | * |

## ORDER REVOKING PROBATION

On October 3, 2022, the Court held a hearing on the Government's superseding motion to revoke the probation previously granted to Defendant Russell Clint Basinger. Mr. Basinger was present at the hearing with his appointed attorney, John Wesley Hall, Jr., and Assistant United States Attorney Liza Brown represented the Government. Mr. Basinger admitted the allegations set forth in the violation memorandum, and the Court found that he had violated the conditions of his probation.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted Defendant Russell Clint Basinger be, and it is hereby, **REVOKED**, and the Government's superseding motion to revoke (*Doc. 64*) is **GRANTED**. All previous motions to revoke (*Docs. 63, 56, 50*) are SUPERSEDED and MOOT.

1

IT IS FURTHER ORDERED that Defendant Russell Clint Basinger shall serve a term of imprisonment of **SIX MONTHS** in the custody of the Bureau of Prisons (BOP). The Court recommends that Defendant Basinger be designated to serve his sentence at the BOP facility in Millington, Tennessee or Memphis, Tennessee and that he participate in substance abuse treatment during his incarceration.

There will be **TWO (2) YEARS** of supervised release following the term of incarceration. All standard conditions of supervision shall apply, in addition to the following special condition:

> You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during supervision. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

IT IS FURTHER ORDERED that Defendant Basinger must pay the remaining restitution debt of $19,059.97. Defendant Basinger must make restitution payments as follows: 50% per month of the funds available to him during incarceration, and 10% per month of his gross income during supervised release. Restitution is joint and several with his codefendant. Mr. Basinger must submit financial information to the United States Probation Office, as requested, including tax returns, and he is not to borrow money or open any lines of credit without prior

approval of the probation office until his restitution obligation is satisfied.

Defendant is remanded to the custody of the United States Marshal.

DATED this 6th day of October, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
